QUARANTA, Respondent, v. GRIFFIN-WHITE SHOE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Thomaso Quaranta against the Griffin-White Shoe Company. PER CURIAM. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion granted, without costs, on the ground that the defendant, on the face of the motion papers, was entitled unquestionably to the relief sought. See, also, 136 N. Y. Supp. 1145.

QUAYLE & SON, Respondent, v. LAWSON HOSE CO. NO. 5, Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Quayle & Son against the Lawson Hose Company (No. 5.) No opinion. Order affirmed, with $10 costs and disbursements.

QUINN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Peter J. Quinn against the Nassau Electric Railroad Company. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

RADNER, Respondent, v. LOCKPORT LIGHT, HEAT & POWER CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Ida H. Radner, as administratrix, etc., against the Lockport Light, Heat & Power Company, impleaded with another. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

RAFKIN, Appellant, v. SOUTHERN PAC. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Peter Rafkin against the Southern Pacific Company. No opinion. Order denying motion for new trial unanimously affirmed, with costs.

RAMMAURO, Respondent, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Francesco Rammauro against the Illinois Surety Company. No opinion. Judgment and order affirmed, with costs.

RASTETTER et al. v. HOENINGER et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Elizabeth Rastetter and others against John C. Hoeninger, as executor, and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 136 N. Y. Supp. 961.

REALTY PROTECTIVE CO., Appellant, v. CORD MEYER CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by the Realty Protective Company against the Cord Meyer Company, impleaded with another. (Appeal No. 1.) PER CURIAM. Order affirmed, with $10 costs and disbursements.
WOODWARD, J., dissents.

REALTY PROTECTIVE CO., Appellant, v. MEYER, Respondent, et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by the Realty Protective Company against Cord Meyer, impleaded with another. (Appeal No. 2.) PER CURIAM. Order affirmed, with $10 costs and disbursements.
WOODWARD, J., dissents.

REEVE, Appellant, v. REEVE, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Oscar M. Reeve, an infant, by John T. Reeve, his guardian ad litem, against Anna McKenna Reeve. PER CURIAM. Judgment affirmed, with costs.
WOODWARD, J., dissents

REIGLE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Willis W. Reigle, an infant, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

REIZENSTEIN, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) Action by Charles Reizenstein against Abraham Miller and others. No opinion. Judgment affirmed, with costs.

RENAULT FRÈRES SELLING BRANCH, Inc., v. SEWELL & ALDEN. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by the Renault Frères Selling Branch, Incorporated, against Sewell & Alden. No opinion. Motion granted. Settle order on notice. See, also, 136 N. Y. Supp. 800.

RENKAFF, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Abraham Renkaff against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

REYNOLDS, Appellant, v. TOWNSEND et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Mabel A. Reynolds, as executrix, etc., of George Osmar Reynolds, deceased, against James M. Townsend and others. No opinion. Judgment affirmed, with costs.